UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARSHA A. MESSINA, | : | Case No. 1:14-cv-00104 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 21); AND (2) TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 30, 2015, submitted a Report and Recommendation (Doc. 21).  Plaintiff timely filed Objections (Doc. 22), to which Defendant, in turn, timely responded (Doc. 23).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

---

[1] Plaintiff's "objections" are not objections, but rather a verbatim re-filing of her Statement of Errors. Thus, all of Plaintiff's arguments, as regurgitated in the purported objections, were addressed fully by the Magistrate Judge in her Report and Recommendation.

1

2

Accordingly:

1. The Report and Recommendation (Doc. 21) is **ADOPTED**;

2. The decision of the Commissioner to deny Plaintiff benefits is **AFFIRMED**; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **CLOSED** on the docket of this Court.

    **IT IS SO ORDERED**.

Dated:  3/17/15                                                   *s/ Timothy S. Black*
                                                                                Timothy S. Black
                                                                                United States District Judge